UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21493-CIV-MARTINEZ/Sanchez

OMEGA SA,

      Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

                                        /

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Preliminary Injunction (the "Motion"), [ECF No. 21]. (*See* [ECF No. 22]). Magistrate Judge Sanchez filed an R&R recommending that the Motion be granted and that a preliminary injunction be entered. (*See* [ECF No. 32]). The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R, [ECF No. 32], is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction, [ECF No. 21], is **GRANTED** as set forth in the R&R.

      **DONE AND ORDERED** in Miami, Florida, this ⸺day of April 2026.

                                                     
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
       Magistrate Judge Sanchez